# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:20-MJ-1674 TBS

ANDREW MCALPINE

AUSA: Dana Hill
Defense Atty.: Nicole Mouakar

| U.S. MAGISTRATE JUDGE | Thomas Smith<br>Courtroom 3C | DATE/TIME | Sept. 21, 2020<br>2:09-2:20 = 11 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER |  | PTS/PROB. | Sonya Williams |

## CLERK'S MINUTES
## INITIAL APPEARANCE ON RULE 5C INDICTMENT
**DEFENDANT TAKEN INTO FEDERAL CUSTODY TODAY**

Case called, appearances made, procedural setting by Court
Dft sworn and testifies
Counsel Mouakar states she read the indictment to the defendant
Dft advised of charges
Gov summarizes penalties
Dft advised of his rights
Court states dft does on qualify the PD counsel
Dft intends to hire counsel
Court appoints FPD for today's hearing
Gov seeks detention
Dft counsel responds to the court/requests continuance of this hearing
Court to reconvene tomorrow at 2:00 for detention hearing
Dft advised of rule 20 transfer
Court adjourned