# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:20-MJ-1674 TBS

**ANDREW MCALPINE**

AUSA: Dana Hill
Defense Atty.: Nicole Mouakar,
Susan Malove

| U.S. MAGISTRATE JUDGE | Thomas Smith Courtroom 6D | DATE/TIME | Sept. 22, 2020 2:07-2:11 = 04 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER | | PTS/PROB. | Juan Cabrera, Brandon Ramirez |

## CLERK'S MINUTES
## MISCELLANEOUS HEARING

Case called, appearances made, procedural setting by Court
Nicole Mouakar's Ore Tenus Motion to Withdraw/granted
Dft counsel requests continuance to 9/25
Court continues bond hearing to 9/25 at 10:30 a.m./no objection from Gov
Dft counsel addresses the court regarding dft not having a passport
Court will address the issue Friday
Court adjourned